# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00753-CV

### K. E. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2010-0893C, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant K.E.M. filed her notice of appeal on November 13, 2014. The appellate record was complete December 11, 2014, making appellant's brief due December 31, 2014. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than February 13, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 29, 2015.

Before Chief Justice Rose, Justices Goodwin and Field